# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JAMES BEEKMAN,**
Appellant,

v.

**ONEWEST BANK, FSB,**
Appellee.

No. 4D21-2688

[May 5, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2020-CA-011129-XXXX-MB.

James Beekman, West Palm Beach, pro se.

Lauren G. Raines of Bradley Arant Boult Cummings LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*